JONATHAN STUART ET AL. *v.* PETER G. SNYDER

The plaintiffs' petition for certification for appeal from the Appellate Court, 125 Conn. App. 506 (AC 31486), is denied.

*Sandra J. Akoury*, in support of the petition.

*James A. Fulton* and *Gerard N. Saggese III*, in opposition.

Decided March 16, 2011

STATE OF CONNECTICUT *v.* ALLEN LAMONT JAMES

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 221 (AC 30910), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Paul J. Narducci*, senior assistant state's attorney, in opposition.

Decided March 16, 2011

STATE OF CONNECTICUT *v.* RICKY OWEN

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 358 (AC 31021), is denied.

*Katherine C. Essington*, special public defender, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided March 16, 2011